# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEASAR CASTILLO,<br><br>             Plaintiff,<br><br>      vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>             Defendant. | CASE NO. 1:05-cv-00984 AWI TAG<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. (Docs. 11 and 14). Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Theresa A. Goldner for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). The new case number shall be **1:05-cv-00984 TAG**. All further documents filed in this action shall bear the new case number.

IT IS SO ORDERED.

**Dated:    March 24, 2006**                    /s/ Anthony W. Ishii
0m8i78                                           UNITED STATES DISTRICT JUDGE

1