1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  2500 Tulare Street, Ste. 4401
   Fresno, CA 93721
4  Telephone No. (559) 497-4036

5  Attorneys for Defendant

6

7                IN THE UNITED STATES DISTRICT COURT FOR THE

8                      EASTERN DISTRICT OF CALIFORNIA

9  CAESAR CASTILLO,                    )   1:05-CV-0984 AWI TAG
                                       )
10                                     )
              Plaintiff,               )   STIPULATION AND
11                                     )   ORDER TO EXTEND
           v.                          )   TIME
12                                     )
   JO ANNE B. BARNHART,                )
13 Commissioner of Social              )
   Security,                           )
14                                     )
              Defendant.               )
15 _____)

16
            The parties, through their respective counsel, stipulate that the time for defendant to respond
17
   to plaintiff's Opening Brief be extended from April 4, 2006 to May 4, 2006.
18
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26

                                              1

This is the defendant's first request for an extension of time to file a response to plaintiff's Opening Brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: March 31, 2006

/s/ Manuel D. Serpa
(As authorized via facsimile)
MANUEL D. SERPA
Attorney for Plaintiff

Dated: March 31, 2006

McGREGOR W. SCOTT
United States Attorney

/s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated: April 3, 2006

THE HONORABLE THERESA A. GOLDNER
United States Magistrate Judge