```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | KRISTI C. KAPETAN
   | Assistant U.S. Attorney
 3 | 4401 Federal Building
   | 2500 Tulare Street,
 4 | Fresno, California 93721
   | Telephone:  (559) 497-4036
 5 |
   | Attorneys for Defendant
 6 |
 7 |
 8 |           IN THE UNITED STATES DISTRICT COURT FOR THE
 9 |                  EASTERN DISTRICT OF CALIFORNIA
10 | CEASAR CASTILLO,             )    1:05-cv-0984 TAG
   |                              )
11 |           Plaintiff,         )    STIPULATION AND ORDER
   |                              )    AWARDING EAJA ATTORNEY FEES
12 |      v.                      )
   |                              )
13 | JO ANNE B. BARNHART,         )
   | Commissioner of Social       )
14 | Security,                    )
   |                              )
15 |           Defendant.         )
   | _____)
16 |
17 |      IT IS HEREBY STIPULATED by the parties, through their
18 | undersigned counsel, subject to the approval of the Court, that
19 | counsel for plaintiff be awarded attorney fees under the Equal
20 | Access to Justice Act in the amount of FOUR THOUSAND DOLLARS AND
21 | NO CENTS ($4,000.00).  This amount represents compensation for
22 | legal services rendered on behalf of plaintiff by counsel in
23 | connection with this civil action for services performed before
24 | the district court in accordance with 28 U.S.C. § 2412(d).
25 | ///
26 | ///
27 | ///
28 |
```

1

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: August 22, 2006    /s/ Manuel D. Serpa
                          (As authorized via facsimile)
                          MANUEL D. SERPA
                          Attorney for Plaintiff

Dated: August 24, 2006    McGREGOR W. SCOTT
                          United States Attorney

                          /s/Kristi C. Kapetan
                          KRISTI C. KAPETAN
                          Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  **August 25, 2006**    **/s/ Theresa A. Goldner**
**j6eb3d**                     UNITED STATES MAGISTRATE JUDGE

2